# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
Destinie White

Defendant(s)

Case No.6:26-MJ-6011-EBA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 14, 2026 in the county of Clay in the Eastern District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 751(a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Collier Philips, by EBA with affiant's permission*

DUSM Collier S. Philips

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/19/2026

Signed By:
Edward B. Atkins EBA
United States Magistrate Judge

*Judge's signature*

City and state: London, KY

U.S. Magistrate Judge Hanly A. Ingram

*Printed name and title*