# **Affidavit**

* * * * * * * * *

I, Collier S. Philips, a Deputy United States Marshal with the United States Marshals Service (USMS), United States Department of Justice, being duly sworn, depose and state as follows:

1. I have been a Deputy United States Marshal with the USMS since July 2022. I am a graduate of the University of Alabama, with a Bachelor of Arts Degree in Criminal Justice, as well as a graduate of Faulkner University with a Master of Justice Administration. I have been assigned to the Eastern District of Kentucky (EDKY), London Office, since July 2022. I have been assigned as a Team Leader on the USMS EDKY Central Kentucky Fugitive Task Force (Task Force), which is a Violent Offenders Task Force, since February 2024. As a Team Leader, I assist in and lead state & federal fugitive and criminal investigations originating out of the EDKY, as well as managing Task Force Officers (TFO) assigned to the Task Force from state and federal agencies. Prior to this, I was a Probation and Parole Officer with the Alabama Bureau of Pardons and Paroles from May 2015 to January 2017. From January 2017 to July 2022, I was then assigned as a TFO to the USMS Gulf Coast Regional Fugitive Task Force, Counter Gang Unit. In this capacity, as well my current capacity, I have been the lead case agent for numerous fugitive investigations involving major crimes such as murder, rape, kidnapping, human trafficking, organized crime, crimes against children, felon in possession of firearms, internet crimes against children, various sex offenses, terrorism, firearms trafficking, explosives trafficking, armed drug trafficking, robbery, arson,

property crimes, escapes, and supervised release violations with the aforementioned underlying charges. Also in these capacities, I assisted in and lead Missing Child Cases to recover endangered juvenile runaways, juvenile kidnapping victims, and juvenile victims of sex trafficking. Since being in the EDKY, I have investigated and presented to prosecution crimes including federal felon in possession of firearms, Adam Walsh Act cases, and federal Sex Offender and Notification Act (SORNA) crimes. I have participated and led in the execution of search warrants, undercover operations, and arrests related to these crimes.

2. I have attended various training courses on complex criminal investigations, fugitive investigations, firearms prosecution, drug trafficking, sex crimes, crimes against children, missing children, asset forfeiture, RICO, evidence collection, Special Weapons and Tactics (SWAT), Hostage Recuse Techniques (HRT), sniper training, Crisis Negotiation, electronic surveillance, mobile surveillance, undercover operations, and many other areas thereof. I am familiar with and/or have participated in all the normal methods of investigation, including but not limited to, visual surveillance, the questioning of witnesses, questioning defendants, and the use of cooperating witnesses and/or confidential informants. I have assisted in the investigation of crimes against children on several occasions in my 10 years as a state and federal criminal investigator.

3. Based on my training and experience, I know, pursuant to Title 18 U.S.C. § 751(a), that it is unlawful for any person to escape from the custody of the Attorney General or his lawful representative, and from any institution or facility in which they

were lawfully confined at the direction of the Attorney General, by virtue of a judgment of a United States District Court upon conviction for a felony offense.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses – including, but not limited to, employees of the Bureau of Prisons (BOP). This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Destinie WHITE is a 32-year-old, white female from Eubank, Kentcuky. On or about January 15, 2019, U.S. District Court Judge Claria Horn Boom sentenced WHITE to a term of imprisonment 151-months, to be followed by a 5-year term of supervised release, on a charge of Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, the Use of Which Resulted in the Serious Bodily Injury of Another Person.

6. By order of the Attorney General of the United States, inmates are allowed to serve a period of their imposed term of imprisonment through a program administered by a Residential Reentry Center (RRC). This is usually done towards the end of a term of imprisonment. Through the First Step Act and other credits, WHITE was nearing her release date. On or about July 1, 2026, WHITE was transferred from FMC Carswell, Fort Worth, Texas, to Dismas Charities (Dismas), which is an approved RRC in Manchester, Kentucky. An RRC is permitted to supervise an inmate's service of a term of imprisonment by and through a home confinement program. Dismas had authorized WHITE to participate in such a program. As of August 14, 2026, WHITE was living with

a family friend and had been placed on home incarceration with electronic monitoring. WHITE had a release date of June 15, 2027.

7. On August 14, 2026, the BOP duty officer was notified by Dismas staff that they had received a tether alert for WHITE, indicating that her electronic monitoring device had been tampered with or removed. When Dismas staff called to investigate, the male subject with whom WHITE had been living with searched the home. He told Dismas staff that WHITE and her belongings were gone. WHITE was scheduled to transfer to an RRC in Lexington, Kentucky, later that same day. Dismas staff attempted to contact WHITE via her personal cell phone, but she did not answer. As of today's date, WHITE has not been located.

8. Based on the facts set forth in this affidavit, I believe there is probable cause to believe that Destinie WHITE escaped from federal custody while serving a lawful sentence imposed by this Court by virtue of absconding from home incarceration with electronic monitoring as required by the BOP's RRC, in violation of 18 U.S.C. § 751(a).

Respectfully submitted,
Collier S. Philips, by EBA
Deputy United States Marshal

Subscribed and sworn pursuant to Rule 4.1(b)(2)(A) of the Fed. R. Crim. P. on August 19, 2026.

Signed By:
Edward B. Atkins EBA
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE